DEFENDANT:        ASHLEY DANIELLE BLACKCLOUD,
                 a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"

AGE/YOB:          40/1984

COMPLAINT        _____ Yes    ____X___ No
FILED?
HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ____ Yes    __X__ No

OFFENSE(S):      Count 1: 18 U.S.C. § 371– Conspiracy to commit offense or to
                 defraud United States

                 Count 2: 18 U.S.C. §§ 844(e), 2 – using instrumentalities of
                 interstate commerce to maliciously convey false information to
                 intimidate someone by means of fire

LOCATION OF      El Paso County, Colorado
OFFENSE:

PENALTY:         Count 1: NMT 5 years' imprisment; NMT $250,000 fine, or both;
                 NMT 3 years' supervised release; $100 Special Assessment.

                 Count 2: NMT 10 years' imprisment; NMT $250,000 fine, or both;
                 NMT 3 years' supervised release; $100 Special Assessment.

AGENT:           Ethan Doherty, SA FBI

AUTHORIZED       Bryan D. Fields, Assistant U.S. Attorney
BY:


ESTIMATED TIME OF TRIAL:

___X____ five days or less; ___ over five days

THE GOVERNMENT:

___X____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

_____ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.