UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

UNITED STATES OF AMERICA,

        Plaintiff,        No. 1:24-cr-320-RMR

vs.        Hon. Regina M. Rodriguez

ASHLEY DANIELLE BLACKCLOUD,

        Defendant.

## APPEARANCE

NOW COMES the law firm of WILLEY & CHAMBERLAIN LLP, by and through one of its attorneys, Britt M. Cobb, and hereby enters its appearance on behalf of the defendant, Ashley Danielle Blackcloud

Dated:   November 12, 2024

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

s/ Britt M. Cobb
_____
Britt M. Cobb (P69556)
300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503

3570 E. 12th Avenue, Suite 200
Denver, Colorado 80206
(616) 458-2212
bmc@willeychamberlain.com