AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
for the
District of Colorado

2024 NOV 13 PM 12:55

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

United States of America
v.

2. ASHLEY DANIELLE BLACKCLOUD,
a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"

Defendant

Case No. 24-cr-320-RMR-2

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ASHLEY DANIELLE BLACKCLOUD, a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371– Conspiracy to commit offense or to defraud United States

Count 2: 18 U.S.C. §§ 844(e), 2 – using instrumentalities of interstate commerce to maliciously convey false information to intimidate someone by means of fire

Date:  11/06/2024

s/ A. Garcia Garcia - Deputy Clerk
*Issuing officer's signature*

City and state:  Denver, Colorado

Jeffrey P. Colwell - Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/7/2024, and the person was arrested on *(date)* 11/12/2024 at *(city and state)* Colorado Springs, CO. |
| Date: 11/12/2024 |

*Arresting officer's signature*

Rachael Cohen, Special Agent FBI
*Printed name and title*