IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 24-cr-00320-RMR-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    DEANNA CRYSTAL WEST,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance on behalf of defendant Deanna Crystal West in the above-captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Mary V. Butterton
    MARY V. BUTTERTON
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Mary_Butterton@fd.org
    Attorney for Defendant Deanna West

CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2024, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses and all parties of record:

    Bryan D. Fields, Assistant United States Attorney
    Email:  bryan.fields3@usdoj.gov

    Rebecca S. Weber, Assistant United States Attorney
    Email: Rebecca.Weber@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Deanna Crystal West (via U.S. mail)

                                               s/ Mary V. Butterton
                                               MARY V. BUTTERTON
                                               Assistant Federal Public Defender
                                               633 17th Street, Suite 1000
                                               Denver, CO  80202
                                               Telephone:  (303) 294-7002
                                               FAX:  (303) 294-1192
                                               Mary_Butterton@fd.org
                                               Attorney for Defendant Deanna West