IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASHLEY DANIELLE BLACKCLOUD,

    Defendant.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on November 25, 2024.**

    This matter comes before the Court upon Defendant's Motion to Modify Bond [ECF 47], which was referred by District Judge Regina M. Rodriguez on November 22, 2024. The government shall file a response to that Motion by **Monday, December 2, 2024**. The Court will rule on the Motion and response without awaiting a reply.