IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,
    a/k/a "Phoenixx Ugrilla,"

**2. ASHLEY DANIELLE BLACKCLOUD,
    a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"**

3. DEANNA CRYSTAL WEST,
    a/k/a "Vital Sweetz," a/k/a "Sage West,"

    Defendants.

## UNITED STATES' MOTION TO RESTRICT DOCUMENT

The United States of America respectfully moves to restrict the document filed at Doc. No. 51, any order revealing the contents of that document, and the brief filed in support of this motion filed at Doc. No. 52, for the reasons stated in the brief filed in support of this motion.

The United States requests a "Level 1" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 1" restriction would make the document, any order

//

//

revealing the contents of that document, and the brief filed in support of this motion accessible to the government, the defendants, and the Court.

Dated this 2nd day of December, 2024.

                                              Respectfully submitted,

                                              MATTHEW T. KIRSCH
                                              Acting United States Attorney

By:   s/ *Bryan David Fields*
          Bryan David Fields
          Assistant U.S. Attorney
          United States Attorney's Office
          1801 California Street, Suite 1600
          Denver, CO 80202
          (303) 454-0100
          Email: bryan.fields3@usdoj.gov
          Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2024, I electronically filed the foregoing **UNITED STATES' MOTION TO RESTRICT DOCUMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By: _s/ Bryan David. Fields_
Bryan David Fields
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Email: bryan.fields3@usdoj.gov
Attorney for the Government