IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASHLEY DANIELLE BLACKCLOUD,

    Defendant.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on December 10, 2024.**

    This matter is before the Court on three matters: 1) Defendant Ashley Danielle Blackcloud's "Motion to Modify Bond" [ECF 47], which was referred to this Court on November 22, 2024, 2) the United States' "Motion to Restrict Document" [ECF 53], and 3) the United States' "Motion to Strike and Correct" [ECF 55]. First, the Court has reviewed Ms. Blackcloud's Motion [ECF 47] and the government's "Response to Motion to Modify Bond" [ECF 51]. Neither a Reply nor argument is necessary to rule on the Motion. The Court has jurisdiction here because "the judicial officer may at any time amend the [detention] order to impose additional or different conditions of release." *See* 18 U.S.C. § 3142(c)(3).

    The Motion [ECF 47] is **GRANTED IN PART** and **DENIED IN PART**. The Court will modify the Order Setting Conditions of Release [ECF 17], only as it relates to Ms. Blackcloud and only as it relates to Section (g) of the "Order Setting Conditions of Release" [ECF 17]. Section (g) of ECF 17 will be expanded to allow phone communication between Ms. Blackcloud and co-Defendant Derrick Patrick Bernard, Jr., but **only when counsel for both Defendants are present on the call**. All other communication between the two remains prohibited while the present matter is pending.

    Also, the Court **GRANTS** both government motions [ECF 53 and ECF 55]. The exhibit submitted at ECF 54 is stricken, and the exhibit submitted at ECF 57 shall be deemed to replace it.

    Because the government's filings [ECF 51 & 52] contain information about a pending criminal matter, the Clerk of Court shall maintain them under Level 1 Restricted Access until further Order of the Court.