UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

No. 1:24-cr-320-RMR
Hon. Regina M. Rodriguez
Hon. Timothy P. O'Hara

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ASHLEY DANIELLE BLACKCLOUD,

                Defendant.

## UNOPPOSED MOTION TO MODIFY BOND CONDITIONS RE: GPS MONITORING AND BRIEF IN SUPPORT WITH PROPOSED ORDER

Ashley Blackcloud requests the Court to modify bond conditions by removing the GPS monitoring requirement. She makes this request pursuant to 18 U.S.C. § 3142(c)(3). The government does not object to the request, per Assistant United States Attorney Bryan Fields.

At Ms. Blackcloud's first appearance on November 12, 2024, the Court authorized her release with certain conditions. At issue in this motion is condition 7(s), requiring Ms. Blackcloud to submit to GPS location monitoring. Bond, Doc. 17, Page2. The Court, the Honorable Magistrate Judge Timothy O'Hara presiding, imposed the condition over Ms. Blackcloud's objection but said that it would consider

revisiting the condition in 4 to 6 weeks if Ms. Blackcloud behaved.

It has been five weeks of GPS monitoring. Ms. Blackcloud is behaving. We believe her supervising probation officer will report to the Court that Ms. Blackcloud has complied with the requirements of bond, including adhering to the curfew and making all required appointments. Ms. Blackcloud was fired from her job as a result of the publicity the case has received, but she has found alternate employment.

Counsel can report that she and Ms. Blackcloud have been in regular contact and Ms. Blackcloud is taking this matter appropriately seriously. Ms. Blackcloud lives in Colorado Springs with her special needs son, and her parents also live in Colorado. Of particular concern for Ms. Blackcloud with the GPS monitoring device is that the device is preventing her from getting an MRI screening for medical issues she is having. She rescheduled the screening for January 3, 2025, and is hoping to be able to complete the exam at that time without the GPS device attached to her ankle. Ms. Blackcloud was on bond without incident in a state criminal case (a felony punishable by up to 16 years of imprisonment) from May 2023 until her jury trial acquittal in November 2024. There was no electronic monitoring requirement in that matter, and she faithfully appeared.

The Court, of course, may at any time amend the order to impose additional or different conditions of release. Ms. Blackcloud asks, without opposition from the government, for the Court to do so here and remove the GPS monitoring requirement. Ms. Blackcloud intends to continue following the requirements of the bond and asks the Court to consider that the GPS monitoring requirement is no longer necessary to

ensure her appearance and the safety of the community.

WHERFORE, Ms. Blackcloud asks the Court to modify bond conditions to remove the GPS monitoring requirement.

Dated:  December 18, 2024

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

s/ Britt M. Cobb

_____

Britt M. Cobb (P69556)
300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503

3570 E. 12th Avenue, Suite 200
Denver, Colorado 80206
(616) 458-2212
bmc@willeychamberlain.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

No. 1:24-cr-320-RMR
Hon. Regina M. Rodriguez
Hon. Timothy P. O'Hara

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ASHLEY DANIELLE BLACKCLOUD,

        Defendant.

### ORDER RE: MOTION TO MODIFY BOND RE: GPS MONITORING

This matter having come before the Court and the Court being fully advised hereby orders that the bond conditions are modified to remove the GPS monitoring requirement.

DONE this ____ day of _____, 2024.

BY THE COURT:

_____
Hon. Regina M. Rodriguez
Hon. Timothy P. O'Hara

4