IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00320-RMR | Date:  May 19, 2025 |
| Courtroom Deputy:  Kally Myhaver | Court Reporter: Sadie Herbert |

<u>Parties:</u>                                                              <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Candyce C. Cline
                                                                         Bryan David Fields

   Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,      A. Tyrone Glover, Jr.
2. ASHLEY DANIELLE BLACKCLOUD       Britt Morton Cobb

   Defendant.

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 1**

**9:11 a.m.  Court in session.**

Court calls case. Appearances of counsel. Defendant Derrick Patrick Bernard, Jr., is present in custody. Defendant Ashley Danielle Blackcloud is present on bond. Also present and seated at Government's counsel table is FBI Special Agent Ethan Doherty. Also present and seated at Defendant's counsel table is paralegal Theresa Kerr.

Discussion regarding pretrial matters and facilitation of discussion between defendants and counsel.

**9:13 a.m.     Court in recess.**
**9:41 a.m.     Court in session.**

Discussion regarding possible disposition as to Defendant Ashley Danielle Blackcloud.

**9:44 a.m.      Court in recess.**
**10:05 a.m.    Court in session.**

Counsel represents that both Defendants are prepared to proceed to trial.

**10:05 a.m.**     **Court in recess.**
**10:27 a.m.**     **Court in session.**

Jury panel present

Jury panel sworn for voir dire.

Court's preliminary remarks and introduction of staff, counsel, and parties.

11:02 a.m.     Voir dire by the Court.

11:03 a.m. to 11:04 a.m.     Bench conference.

11:06 a.m. to 11:08 a.m.     Bench conference.

11:09 a.m. to 11:11 a.m.     Bench conference.

11:11 a.m.to 11:14 a.m.     Bench conference.

11:15 a.m. to 11:17 a.m.     Bench conference.

11:29 a.m. to 11:35 a.m.     Bench Conference

11:40 a.m. to 11:45 a.m.     Bench conference.

Jurors excused for cause:

1) 100485986
2) 100506627
3) 100495024
4) 100510143
5) 100485963
6) 100485041
7) 100491795
8) 100473620
9) 100513420
10) 100479355
11) 100494466
12) 300162368

Jury panel excused.

**12:26 p.m.**     **Court in recess.**
**1:22 p.m.**     **Court in session.**

Jury panel present.

Continued voir dire by the Court.

1:59 p.m.     Voir dire by Ms. Cline.

2:23 p.m.     Voir dire by Mr. Glover.

2:44 p.m.     Voir dire by Ms. Cobb

2:54 p.m. to 2:58 p.m.     Bench conference.

Jury panel excused.

**3:01 p.m.     Court in recess.**
**3:17 p.m.     Court in session.**

Jury panel present.

Government's challenges:

   1) 100476724
   2) 100502946
   3) 100508774
   4) 100517956
   5) 100504346
   6) 100508451
   7) 100482183

Defendants' challenges:

   1) 100514502
   2) 100519427
   3) 100504346
   4) 100503108
   5) 100517426
   6) 100512642
   7) 100504075
   8) 100520138
   9) 100481724
  10) 100520294
  11) 100513552

Twelve jurors and one alternate selected to try the case:

1) 100474953
2) 100497931
3) 100477889
4) 100517000
5) 100477040
6) 100513765
7) 100483663
8) 100508296
9) 100484696
10) 200094194
11) 100494853
12) 100519534
13) 100508808

Jury panel sworn.

Court instructs jurors.

3:50 p.m.    Government's opening statement by Ms. Cline.

4:04 p.m.    Defendant Blackcloud's opening statement by Ms. Cobb.

4:12 p.m.    Defendant Bernard's opening statement by Mr. Glover.

Government's witness, Mayor Blessing Adeyemi Mobolade, sworn.

4:22 p.m.    Direct examination of Mayor Mobolade by Ms. Cline.
             **Government's Exhibits 4, 5, and 302 are admitted.**

Jury excused until May 20, 2025 at 8:00 a.m.

**ORDERED:   Defendant Derrick Patrick Bernard is remanded to the custody of the U.S. Marshal.**

**ORDERED:   Bond is continued as to Defendant Ashley Danielle Blackcloud.**


**5:54 p.m.    Court in recess.**

Trial continued.
Total time in court:   6:21