IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00320-RMR | Date: May 23, 2025 |
| Courtroom Deputy: Bernique Abiakam/Kally Myhaver | Court Reporter: Kevin Carlin |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| UNITED STATES OF AMERICA, | Bryan D. Fields |
| | Candyce C. Cline |
| Plaintiff, | |
| v. | |
| 1. DERRICK PATRICK BERNARD, JR., | A. Tyrone Glover, Jr. |
| 2. ASHLEY DANIELLE BLACKCLOUD | Britt Morton Cobb |
| Defendants. | |

## COURTROOM MINUTES

### JURY TRIAL – DAY 5

**8:03 a.m.  Court in session.**

Court calls case. Appearances of counsel. Defendant Derrick Patrick Bernard is present in custody. Defendant Ashley Danielle Blackcloud is present on bond. Also present and seated at Government's counsel table is FBI Special Agent Ethan Doherty. Also present and seated at Defendant's counsel table is paralegal Theresa Kerr.

8:05 a.m.   Jury present.

Discussion regarding Defendant Bernard's proposed theory of defense jury instruction.

Jury Instruction 23, read by the Court.

**ORDERED:**  Lunch will be provided to the jury during deliberations.

8:09 a.m.   Government's closing argument by Mr. Fields

8:51 a.m.   Defendant Blackcloud closing argument by Ms. Cobb.

9:26 a.m.       Defendant Bernard closing argument by Mr. Glover.

9:39 a.m.       Rebuttal closing by Mr. Fields.

Comments by the Court and instructions to the Jury regarding deliberations.

The alternate juror is excused with thanks of the Court.

Courtroom Deputy sworn.

9:54 a.m.       Jury excused to begin deliberations.

**9:56 a.m.       Court in recess.**
**1:57 p.m.       Court in session.**

The Court has received notice that the jury has reached a verdict.

Jury present.

Court reads the verdict.

Defendant Bernard found GUILTY as to Count 1 of the Indictment.

Defendant Bernard found GUILTY as to Count 2 of the Indictment.

Defendant Blackcloud found GUILTY as to Count 1 of the Indictment.

Defendant Blackcloud found GUILTY as to Count 2 of the Indictment.

Court polls the jury.

Jury is discharged with the thanks of the Court.

**ORDERED:**  The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:**  Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date. Responses or objections shall be filed no later than 7 days before the sentencing date.

**ORDERED:**  Sentencing as to Derrick Patrick Bernard, Jr. is set for **September 11, 2025 at 3:00 p.m.** in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**   Sentencing as to Ashley Danielle Blackcloud is set for **September 17, 2025, at 3:00 p.m.** in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**   Defendant Derrick Patrick Bernard is remanded to the custody of the U.S. Marshal.

Discussion regarding Defendant Blackcloud's bond and Government's request for additional conditions. The Court will schedule a further bond review hearing.

**ORDERED:**   Bond is continued as to Defendant Ashley Danielle Blackcloud.

**2:15 p.m.**   **Court in recess.**

Trial continued.
Total time in court:   2:11

Clerk's Note: Exhibits returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.