# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Criminal Case No. 24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. DERRICK PATRICK BERNARD, JR. and

    2. ASHLEY DANIELLE BLACKCLOUD,

    Defendants.

## VERDICT FORM

### COUNT 1

We, the jury, upon our oaths, do unanimously find the defendant, DERRICK PATRICK BERNARD, JR.

    _____ Not Guilty

    __X__ Guilty

of the offense charged in Count 1 of the Indictment: Conspiracy.

1



## COUNT 2

We, the jury, upon our oaths, do unanimously find the defendant, DERRICK PATRICK BERNARD, JR.

 _____  Not Guilty

 \_\_X\_\_  Guilty

of the offense charged in Count 2 of the Indictment: using an instrumentality of interstate commerce to willfully make a threat or to maliciously convey false information, knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual by means of fire.

## COUNT 1

We, the jury, upon our oaths, do unanimously find the defendant, ASHLEY DANIELLE BLACKCLOUD

    _____ Not Guilty

    __X__ Guilty

of the offense charged in Count 1 of the Indictment: Conspiracy.

## COUNT 2

We, the jury, upon our oaths, do unanimously find the defendant, ASHLEY DANIELLE BLACKCLOUD

    _____ Not Guilty

    __X__ Guilty

of the offense charged in Count 2 of the Indictment: using an instrumentality of interstate commerce to willfully make a threat or to maliciously convey false information, knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual by means of fire.

Dated this 23 day of May, 2025

**Signatures of all jurors:**



Case No. 1:24-cr-00320-RMR   Document 196   filed 05/23/25   USDC Colorado   pg 4 of 4