IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00320-RMR-2 | Date: May 27, 2025 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| ASHLEY DANIELLE BLACKCLOUD, | Britt Morton Cobb |
| Defendant. | |

## COURTROOM MINUTES

**BOND REVOCATION HEARING**

**11:02 a.m.**   Court in session.

Court calls case. Appearances of counsel. Defendant present on bond.

This matter is before the Court regarding Government's Motion to Modify Conditions of Release Following Conviction [ECF 197].

Preliminary remarks by the Court.

For the reasons stated on the record, it is

**ORDERED:** Government's Motion to Modify Conditions of Release Following Conviction [ECF 197] is GRANTED.

**ORDERED:** Defendant's bond conditions are modified to impose the condition of GPS monitoring.

**ORDERED:** Defendant's request to modify the requirement that both counsel be present during communications between Defendants Bernard and Blackcloud is GRANTED IN PART and DENIED IN PART. The condition is modified to allow Defendants to communicate when only one attorney is present.

**11:11 a.m.   Court in recess.**

Hearing concluded.
Total time in court:   00:09