IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00320-RMR-1 | Date: August 6, 2025 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields (by VTC) |
|    Plaintiff, | |
| v. | |
| DERRICK PARTICK BERNARD, JR. | A. Tyrone Glover, Jr. |
|    Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**2:04 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

This matter is before the Court regarding Motion to Determine Mr. Bernard's Competency to Proceed [ECF 215]

Discussion regarding Defendant's Motion.

**ORDERED:** For the reasons stated on the record, Defendant's Motion for Determination of Mental Competency is GRANTED. A separate order will enter.

**ORDERED:** Defendant shall provide names potential evaluators to the Court.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**2:55 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    00:51