IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00320-RMR-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,

    Defendant.

**JOINT STATUS REPORT**

The defendant moved for a hearing to determine the defendant's competency on July 14, 2025. ECF No. 214. In an Order of Examination and Report Pursuant to 18 U.S.C. § 4241(a)-(b) and 4247(b)-(c) entered on August 27, 2025, the Court appointed Dr. Richard Martinez, M.D., MH to perform the examination. ECF No. 229. Before that, the Court had ordered the parties to "file a report within the court within 45 days" of the evaluator's appointment. Forty-five days after August 27, 2025 would be Saturday, October 11, 2025, which makes the deadline October 14, 2025. Fed. R. Crim. P. 45(a)(1)(C) (providing rule for "last days" of a period that end on weekends or legal holidays). Since the Court's order on August 27, the parties have each provided Dr. Martinez with the relevant "documents and medical records" needed to perform his review. ECF No. 229.

Dr. Martinez was scheduled to personally examine Mr. Bernard on October 23, 2025. However, on October 8, 2025, Mr. Bernard was transported by the U.S. Marshals out of FCI

1

Englewood to the Washington County Jail in Akron, Colorado. The transport was made after discussions between the parties related to the defendant's safety and security. The government has provided a copy of the Court's order to the United States Marshals Service and is working with them to facilitate an examination at the new facility as soon as possible.

PETER MCNEILLY
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

By: *s/Bryan Fields*
Bryan Fields
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Bryan.Fields3@usdoj.gov

*s/A. Tyrone Glover Jr.*
A. Tyrone Glover Jr. #41529
TYRONE GLOVER LAW, LLC
Tyrone Glover #41529
2590 Walnut Street
Denver, CO 80205
tyrone@tyroneglover.com
Phone: 303-577-1655

Attorney for Defendant Derrick Bernard

By: *s/Candyce Cline*
Candyce Cline
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
(303) 454-0100
Candyce.Cline@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this October 9, 2025, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all email addresses of record.

      By: *s/ Bryan Fields*
      Bryan Fields
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO 80202